The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BLUELINE EQUIPMENT CO., LLC,

Plaintiff,

v.

GRÉGOIRE S.A.S. f/k/a KVERNELAND GROUP COGNAC S.A.S.,

Defendant.

CASE NO. 2:23-cv-01250-RSM

JOINT MOTION TO STAY

AND ORDER

## I. STIPULATION / JOINT MOTION

The Parties jointly represent that as of December 26, 2023 they are negotiating an agreement between themselves that would, it is anticipated, resolve the subject matter in dispute. Accordingly, the Parties jointly move to request a 45 day stay of this matter, to include all pending deadlines.

DATED: December 27, 2023

*s/ Jacquelyn A. Beatty*
Jacquelyn A. Beatty, WSBA# 17567
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: jbeatty@karrtuttle.com
*Attorneys for Plaintiff Blueline Equipment Co., LLC*

JOINT MOTION TO STAY 1
#5504523 v1 / 76261-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

*s/ Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Emily S. Knight, WSBA #60639
**GORDON TILDEN THOMAS & CORDELL LLP**
600 University Street, Suite 2915
Seattle, WA 98101
206-467-6477
fcordell@gordontilden.com
eknight@gordontilden.com

-And-

*s/ Richard W. Smith*
Richard W. Smith (admitted pro hac vice)
Emily A. Rose (admitted pro hac vice)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
202-719-7000
rwsmith@wiley.law
erose@wiley.law
*Attorneys for Defendant*
Grégoire S.A.S. f/k/a Kverneland Group Cognac S.A.S.

## II. ORDER

Pursuant to the foregoing Joint Motion and Stipulation, this Court ORDERS that this matter be STAYED for 45 days, to February 8, 2024, and all pending deadlines be suspended for this time.

DATED this 3rd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO STAY 2
#5504523 v1 / 76261-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Presented by:

s/ Jacquelyn A. Beatty
Jacquelyn A. Beatty, WSBA# 17567
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  jbeatty@karrtuttle.com
*Attorneys for Plaintiff Blueline Equipment Co., LLC*

s/ Franklin D. Cordell
Franklin D. Cordell, WSBA #26392
Emily S. Knight, WSBA #60639
**GORDON TILDEN THOMAS & CORDELL LLP**
600 University Street, Suite 2915
Seattle, WA 98101
206-467-6477
fcordell@gordontilden.com
eknight@gordontilden.com

        -And-

s/ Richard W. Smith
Richard W. Smith (admitted pro hac vice)
Emily A. Rose (admitted pro hac vice)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
202-719-7000
rwsmith@wiley.law
erose@wiley.law
*Attorneys for Defendant*
*Grégoire S.A.S. f/k/a Kverneland Group Cognac S.A.S.*

JOINT MOTION TO STAY 3
#5504523 v1 / 76261-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100